# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

| | |
|---|---|
| DETRICK DESHAWN CROSTON<br>ADC # 131172 | PLAINTIFF |
| V.    4:07CV00580 SWW | |
| BOYD ANDERSON TACKETT, Attorney, Conway, Arkansas | DEFENDANT |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 28th day of June, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE