**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

DETRICK DESHAWN CROSTON
ADC # 131172                                                                                                    PLAINTIFF

V.                                          4:07CV00580 SWW

BOYD ANDERSON TACKETT, Attorney, Conway, Arkansas                      DEFENDANT

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 28th day of June, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE